1  Laurel A. Kilgour (SBN 269307)
   *lkilgour@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
3  24th Floor
   San Francisco, California 94111
4  Tel.:  415.733.6000
   Fax.:  415.677.9041
5
   Attorney for Defendants
6  ONFORCE, INC. and ONFORCE SERVICES,
   INC.
7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11  SCOTT KAPLAN, an individual, and NANCY       Case No. 3:14-cv-00448-NC
    SCHWARTZ, an individual,
12                                               **JOINT STIPULATION AND [PROPOSED]**
                                                 **ORDER FOR EXTENSION OF TIME TO**
13                 Plaintiffs,                   **RESPOND TO COMPLAINT AND FOR**
                                                 **CONTINUANCE OF CASE**
14            v.                                 **MANAGEMENT CONFERENCE AND**
                                                 **ADR DEADLINES**
15  ONFORCE, INC., a Delaware Corporation,
    ONFORCE SERVICES, INC., a Delaware           Action Filed:  January 30, 2014
16  Corporation, and DOES 1 through 50,          Judge:         Magistrate Judge Nathanael M.
    inclusively,                                                Cousins
17
                   Defendants.
18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(b), Defendants

2  OnForce, Inc. and OnForce Services, Inc. ("OnForce") ("Defendants") and Plaintiffs Scott Kaplan

3  and Nancy Schwartz ("Plaintiffs")(together, with Defendants, the "Parties"), through their

4  undersigned counsel, stipulate as follows:

5    WHEREAS, on January 30, 2014, Plaintiffs filed a Complaint for Infringement of Utility

6  Patent ("Complaint") with the clerk of the District Court for the Northern District of California;

7    WHEREAS, on January 30, 2014, the Court issued its Order Setting Initial Case

8  Management Conference and ADR Deadlines (Dkt. No. 4)(the "Court's Initial Order");

9    WHEREAS, pursuant to the Court's Initial Order, the following deadlines were established:

| | |
|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | April 9, 2014 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | April 23, 2014 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) | April 30, 2014 |

20    WHEREAS, on February 19, 2014, Plaintiff served its Complaint upon Defendant; and

21    WHEREAS, Defendants and Plaintiffs have agreed to an extension of the current deadlines

22  to answer or otherwise respond to the Complaint until April 25, 2014, so that Defendants may

23  properly investigate, evaluate, and respond to Plaintiffs' claims; and so as to allow the parties the

24  opportunity to properly prepare for the Case Management Conference in the event a resolution is not

25  reached before the Case Management Conference;

26    WHEREAS, counsel for all parties further agreed to an extension of the deadlines set by the

27  Court's Initial Order as follows:

28

1

Joint Stipulation And [Proposed] Order for Extension of Time            Case No. 3:14-cv-0048-NC
to Answer Complaint And for Continuance of Case Management
Conference And ADR Deadlines

| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | April 23, 2014 |
|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | May 7, 2014 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) | May 14, 2014 at 10 A.M. |

WHEREAS, no party will be prejudiced by the stipulated-to extension;

WHEREAS, this stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties hereto that:

1) The deadline for the parties to meet and confer and file ADR certification and notices shall be **April 23, 2014**;

2) Defendants shall have through and including **April 25, 2014** to answer or otherwise respond to the Complaint in this action;

3) The deadline for filing Rule 26(f) Report, completing initial disclosures, and filing joint case management statement shall be **May 7, 2014**; and

4) The initial case management conference shall be scheduled for **May 14, 2014 at 10 A.M.**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

Joint Stipulation And [Proposed] Order for Extension of Time                Case No. 3:14-cv-0048-NC
to Answer Complaint And for Continuance of Case Management
Conference And ADR Deadlines

1

Dated:  April 8, 2014

2

3

4

5

6

7

8

9

Dated:  April 8, 2014

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,
By: /s/ Laurel A. Kilgour
    Laurel A. Kilgour (SBN 269307)
    *lkilgour@goodwinprocter.com*
    **GOODWIN PROCTER LLP**
    Three Embarcadero Center
    24th Floor
    San Francisco, California 94111
    Tel.:  415.733.6000
    Fax:  415.677.9041

*Attorney for Defendants*
*ONFORCE, INC. and ONFORCE SERVICES,*
*INC.*

By: /s/ Glenn W. Peterson
    Glenn W. Peterson (SBN 126173)
    MILLSTONE, PETERSON & WATTS,
    LLP
    2267 Lava Ridge Court, Suite 210
    Roseville, CA 95661
    Telephone: (916) 780-8222
    Fax No: (916) 780-8775

    John P. Costello (SBN 161511)
    COSTELLO LAW CORPORATION
    331 J Street, Suite 200
    Sacramento, California 95814
    Telephone No.: (916) 441-2234
    Fax No: (916) 441-4254

*Attorneys for Plaintiffs*
*SCOTT P. KAPLAN and NANCY*
*SCHWARTZ*

3

Joint Stipulation And [Proposed] Order for Extension of Time          Case No. 3:14-cv-0048-NC
to Answer Complaint And for Continuance of Case Management
Conference And ADR Deadlines

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    DATED: April 9, 2014

4
                                                    _____
5                                    HONORABLE NATHANAEL M. COUSINS
                                                    Magistrate



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                                    4
28
Joint Stipulation And [~~Proposed~~] Order for Extension of Time          Case No. 3:14-cv-0048-NC
to Answer Complaint And for Continuance of Case Management
Conference And ADR Deadlines

1

**GENERAL ORDER 45 ATTESTATION**

2      I, Laurel A. Kilgour, am the ECF User whose ID and Password are being used to file this

3  **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO**

4  **RESPOND TO COMPLAINT AND FOR CONTINUANCE OF CASE MANAGEMENT**

5  **CONFERENCE AND ADR DEADLINES**.

6      In compliance with General Order 45, X.B., I hereby attest that Glenn W. Peterson and John

7  P. Costello, counsel for Scott P. Kaplan and Nancy Schwartz, have concurred to its filing.

8

9  Dated: April 8, 2014                          GOODWIN PROCTER LLP
                                                Three Embarcadero Center, 24th Floor
10                                               San Francisco, California  94111

11                                               By: /s/ Laurel A. Kilgour

12                                               Attorney for Defendants
                                                ONFORCE, INC. and ONFORCE
13                                               SERVICES, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation And [Proposed] Order for Extension of Time          Case No. 3:14-cv-0048-NC
to Answer Complaint And for Continuance of Case Management
Conference And ADR Deadlines

1

## <u>CERTIFICATE OF SERVICE</u>

2          The undersigned hereby certified that a true and correct copy of the above and foregoing

3    document has been served on April 8, 2014, to all counsel of record who are deemed to have

4    consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any

5    counsel of record who have not consented to electronic service through the Court's CM/ECF system

6    will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

7

8          Laurel A. Kilgour                          /s/ Laurel A. Kilgour
             (Type or print name)                          (Signature)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

Joint Stipulation And [Proposed] Order for Extension of Time          Case No. 3:14-cv-0048-NC
to Answer Complaint And for Continuance of Case Management
Conference And ADR Deadlines